```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

**BOARDS OF TRUSTEES OF**
**OHIO LABORERS' FRINGE**
**BENEFIT PROGRAMS,**
                                                    Case No. 2:12-cv-1003
            **Plaintiffs,**           Judge Smith
                                                    Magistrate Judge King
    v.

**E.R. ZEILER EXCAVATING,**
**INC.,**

        **Defendant.**

### ORDER

On January 3, 2013, after conferring with counsel for plaintiffs and with defendant's president, the Court advised that a corporation, which is an independent legal entity, cannot appear in federal litigation except through an attorney. *Order*, Doc. No. 9, pp. 1-2. The Court scheduled a preliminary pretrial conference for March 7, 2013 and specifically advised that the defendant corporation must participate in that conference only through counsel licensed to practice before this Court. *Id*. at 2. The Court further advised that the defendant corporation's failure to do so would result in the entry of default against the defendant. *Id*.

On March 7, 2013, no attorney appeared on behalf of the defendant corporation for the preliminary pretrial conference.[1] Accordingly, the Clerk is **DIRECTED** to enter default against the defendant corporation.

---

[1] In addition, neither defendant's president nor anyone else contacted the Court for the conference to advise that counsel had been secured on behalf of the defendant.

1

Based on the representation of plaintiffs' counsel during the conference, plaintiffs will move for default judgment within the next fourteen (14) days.

                                                *s/George C. Smith*
                                                **George C. Smith, Judge**
                                                **United States District Court**